THOMPSON COBURN LLP
HELEN B. KIM, CSB 138209
hkim@thompsoncoburn.com
GEOFFREY L. WARNER, CSB 305647
gwarner@thompsoncoburn.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARIO VELAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS,<br><br>Defendants. | CASE NO. 5:18-cv-02284-SJO (KKx)<br><br>Assigned to the Honorable S. James Otero<br>Referred to Magistrate Judge Kenly Kiya Kato<br><br>**JOINT STATUS REPORT** |

Plaintiff, Mario Velazquez ("Plaintiff"), and defendant Charter Communications, Inc., ("Charter," and together, the "Parties"), by and through their respective undersigned counsel, hereby submit the following Joint Status Report regarding the status of arbitration in this matter. Plaintiff filed the Complaint in this matter on October 26, 2018. On January 2, 2019, the Parties submitted a Stipulation to stay this matter pending binding arbitration. On January 8, 2019, this Court ordered the parties to submit this claim to binding arbitration. This Court's January 8 Order also set an Order to Show Cause hearing for April 22, 2019.

On March 26, 2019, Plaintiff sent a Demand for Arbitration to the American Arbitration Association ("AAA") and the parties are awaiting the appointment of an

1 arbitrator.[1] As the filing has been received by the AAA and both parties agree to the jurisdiction of the AAA, the parties believe that a dismissal without prejudice of this action would be appropriate at this time. While the parties leave it to this Court's discretion as to whether a stay or dismissal without prejudice would be more appropriate, the parties have no objection to either course of action.

Therefore, the parties hereby request that this Court cancel the scheduled April 2, 2019 hearing as neither party intends to present evidence of why a dismissal of this case would be inappropriate.

DATED: April 8, 2019　　　　　Respectfully Submitted,

**THOMPSON COBURN LLP**

By: ___/s/ *Geoffrey L. Warner*___
**HELEN B. KIM**
**GEOFFREY L. WARNER**
Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

DATED: April 8, 2019　　　　　**KIMMEL & SILVERMAN. P.C.**

By: ___/s/ *Amy L. Bennecoff Ginsburg*___
**AMY L. BENNECOFF GINSBURG**
Attorneys for Plaintiff
MARIO VELAZQUEZ

\*\*Pursuant to Local Rule 5-4.3.4(a)(2), I, Geoffrey L. Warner, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

---

[1] The delay in filing with the AAA was largely attributable to the replacement of an attorney in Plaintiff's counsel's office. While Ms. Ginsburg has consistently been the attorney of record, the California licensed associate attorney who was assisting Ms. Ginsburg in this matter left the firm and was replaced in January of 2019. The replacement associate, James Oliver, is licensed in California, but had to re-activate such license after a period of inactivity. Mr. Oliver has re-activated his California license and has been admitted to practice in this Court as of March of 2019.

# PROOF OF SERVICE

## Mario Velazquez v. Charter Communications
### Case No. 5:18-cv-02284-SJO (KKx)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, 19th Floor, Los Angeles, CA 90067.

On April 8, 2019, I served true copies of the following document(s) described as on the interested parties in this action as follows:

| | |
|---|---|
| Amy L. B. Ginsburg<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Telephone: 215-540-8888<br>Facsimile: 215-540-8817<br>Email: aginsburg@creditlaw.com | Attorneys for Plaintiff<br>MARIO VELAZQUEZ |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 8, 2019, at Los Angeles, California.

/s/ Dana M. Hass
Dana M. Hass