UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-02284 SJO (KKx) | Date | April 10, 2019 |
|---|---|---|---|
| Title | Mario Velazquez v. Charter Communications | | |

| Present: The Honorable | S. James Otero, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:**     **IN CHAMBERS**

The Court, having reviewed the Joint Status Report [ECF No. 16] filed 04/08/2018, Orders this matter dismissed without prejudice.

JS-6

                                                                                                                         :

Initials of Preparer        vpc